UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DARYL ROGERS,

     Plaintiff,

  v.

WASHINGTON CORRECTIONS CENTER, *et al.*,

     Defendants.

Case No. C22-5219-JCC-MLP

REPORT AND RECOMMENDATION

  On April 1, 2022, Plaintiff Daryl Rogers ("Plaintiff"), proceeding *pro se*, submitted a proposed 42 U.S.C. § 1983 civil rights complaint. (Dkt. # 1.) On April 8, 2022, the Clerk of Court advised Plaintiff his submission was deficient due to the filing fee requirement and that he was required to either submit an application to proceed *in forma pauperis* ("IFP") or pay the filing fee. (Dkt. # 3.) On May 11, 2022, Plaintiff filed for an extension of time to correct the deficiency, which this Court granted on May 23, 2022. (Dkt. ## 4-5.) Plaintiff was advised at that time that failure to correct the IFP deficiency by June 10, 2022, could result in dismissal of his case. (Dkt. # 5 at 2.)

  To date, Plaintiff has neither paid the filing fee nor corrected the IFP deficiency. Accordingly, the Court recommends this action be DISMISSED without prejudice for failure to

REPORT AND RECOMMENDATION - 1

1    pay the filing fee as required by 28 U.S.C. § 1914. A proposed Order accompanies this Report
2    and Recommendation.

3    Objections to this Report and Recommendation, if any, should be filed with the Clerk and
4    served upon all parties to this suit within **twenty-one (21) days** of the date on which this Report
5    and Recommendation is signed. Failure to file objections within the specified time may affect
6    your right to appeal. Objections should be noted for consideration on the District Judge's
7    motions calendar for the third Friday after they are filed. If no timely objections are filed, the
8    matter will be ready for consideration by the District Judge on **July 22, 2022**.

9    The Clerk is directed to send copies of this Report and Recommendation to Plaintiff and
10   to the Honorable John C. Coughenour.

11   Dated this 29th day of June, 2022.

MICHELLE L. PETERSON
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2