THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DARYL ROGERS, | CASE NO. C22-5219-JCC-MLP |
| Plaintiff, | ORDER |
| v. | |
| WASHINGTON CORRECTIONS CENTER, *et al.*, | |
| Defendants. | |

This matter comes before the Court on the report and recommendation ("R&R") of U.S. Magistrate Judge Michelle L. Peterson (Dkt. No. 6). Having reviewed the R&R, and there being no objections, the Court hereby finds and ORDERS that:

1. The Court ADOPTS the R&R.
2. This action is DISMISSED without prejudice for failure to pay the filing fee as required by 28 U.S.C. § 1914.
3. The Clerk is DIRECTED to close this case and send copies of this Order to Plaintiff.

//
//
//
//

1  DATED this 25th day of July 2022.

John C. Coughenour
UNITED STATES DISTRICT JUDGE